IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEVONNA CULPEPPER**                                                               **PLAINTIFF**

**v.**                        **CASE NO. 4:13CV00235 BSM**

**TOM VILSACK, Secretary,**
**United States Department of Agriculture**                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 7th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE